UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOWNER SQUARE LLC, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-04128-SVK<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 19 |

Before the Court is Plaintiff's administrative motion to require Defendants to provide dates for a joint site inspection, which was filed on March 4, 2022. Dkt. 19. Because Plaintiff's proposed order calls for the Court to set dates in February 2022, it is **DENIED WITHOUT PREJUDICE** to Plaintiff filing a motion within 5 days of the date of this order with a proposed schedule that makes sense given that it is now March.

**SO ORDERED.**

Dated: March 7, 2022

SUSAN VAN KEULEN
United States Magistrate Judge